No. 84–1639.　FRANK B. HALL & CO. INC. ET AL. *v.* BUCK. Ct. App. Tex., 14th Sup. Jud. Dist.　Certiorari denied.

No. 84–1643.　KLIMEK *v.* TEDESCO LIMITED PARTNERSHIP ET AL.　Sup. Ct. Va.　Certiorari denied.

No. 84–1648.　GONZALES *v.* TEXAS.　Ct. Crim. App. Tex. Certiorari denied.

No. 84–1649.　GARLAND INDEPENDENT SCHOOL DISTRICT ET AL. *v.* WILKS ET AL.　C. A. 5th Cir.　Certiorari denied.

No. 84–1652.　SAN FRANCISCO NEWSPAPER PRINTING CO., DBA SAN FRANCISCO NEWSPAPER AGENCY *v.* SAN FRANCISCO WEB PRESSMEN'S UNION NO. 4.　C. A. 9th Cir.　Certiorari denied.

No. 84–1653.　TWILLIE ET AL. *v.* POUNCEY, SUPERINTENDENT, CRAWFORDSVILLE SCHOOL DISTRICT, ET AL.　C. A. 8th Cir. Certiorari denied.

No. 84–1657.　MACLEOD *v.* COUNTY OF SANTA CLARA.　C. A. 9th Cir.　Certiorari denied.

No. 84–1658.　ATLANTIC RICHFIELD CO. *v.* DOUCET.　C. A. 5th Cir.　Certiorari denied.

No. 84–1659.　CONNECTICUT *v.* MARTIN.　App. Ct. Conn. Certiorari denied.

No. 84–1662.　GOLDBERG ET AL. *v.* UNITED STATES.　C. A. 2d Cir.　Certiorari denied.

No. 84–1664.　VALMET OY ET AL. *v.* BELOIT CORP.　C. A. Fed. Cir.　Certiorari denied.

No. 84–1674.　ENDER *v.* CHRYSLER CORP. ET AL.　C. A. 7th Cir.　Certiorari denied.

No. 84–1685.　YEE *v.* VITOUSEK ET AL.　Sup. Ct. Haw.　Certiorari denied.

No. 84–1689.　GANN ET UX. *v.* CITY OF PORTLAND.　Ct. App. Ore.　Certiorari denied.